RECEIVED

JAN 2 2 2020

U.S. District Court
Eastern District of MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,                )
                                         )
                    Plaintiff,           )
                                         )
        vs.                              )        Case No. 4:15CR00095-001
                                         )
_David Boxley_,                          )
                                         )
                    Defendant.           )

### MOTION FOR EARLY TERMINATION OF PROBATION OR
### SUPERVISED RELEASE TERM

I, _David M. Boxley_, request that my term of probation or supervised release
be terminated early for the following reasons: _I been on a stright path
since I came home, working, no dirty drops
and I have a daughter on the way in June._

*(Attach additional sheets of paper, if necessary, as well as any exhibits you wish to file)*

_1/22/20_
Date

_David M Boxley_
(Signature of Defendant)

(Address)
_10329 Reba Dr._

### CERTIFICATE OF SERVICE

I hereby certify that I mailed or hand delivered a true copy of this Motion to United States
Probation Officer _____ [name] and to the United States Attorney's Office on
_____ , 20___.

_____
(Signature of Defendant)